# EXHIBIT A

EXHIBIT A

| | |
|---|---|
| Am | Paula |
| Am | Ratanak |
| Am | Tony |
| Ath | Bun |
| Ath | Sambath |
| Ath | Trina |
| Borada | Ven |
| Bun | Dary |
| Bun | Rita |
| Bunthoeum | Vong |
| By | Vanna |
| Cer | Rim |
| Chak | Chinda |
| Chak | Dany |
| Chakrya | Keav |
| Chan | Anna |
| Chan | Ravy |
| Chan | Sambo |
| Chan | Thy |
| Chan | Tony |
| Channy | Ny |
| Chao | Kimseng |
| Chao | Nikki |
| Che | Sam |
| Chea | David |
| Chea | Mao |
| Chea | Ry |
| Chea | Socheat |
| Chea | Tommy |
| Chen | Nang |
| Chhay | Linda |
| Chhay | Sophon |
| Chhay | Sothea |
| Chheng | Nay |
| Chheu | Tylang |
| Chhim | Sarin |
| Chhm | Linda |
| Chhoeun | Phaly |
| Chhoung | Pisey |
| Chhung | Lyda |
| Chhuon | Sreyny |
| Chin | Dora |
| Chin | Mab |

EXHIBIT A

| | |
|---|---|
| Chin | Sina |
| Chonay Roche | Esther |
| Chourb | Phal |
| Chrup | Long |
| Chun | Daniel |
| Cruz | Alicia |
| Cruz | Delia |
| Dey | Pheakdey |
| Dhom | Prak |
| Doung | Dara Solo |
| Doung | Met |
| Duong | Nancy |
| Duong | Nuoi Ngoe (Ngoc) |
| Duong | Sokon |
| Duque | Miguel |
| Ean | Kim |
| Eang | Phan |
| Eim | Jaylie |
| Em | Oun |
| Em | Pouen |
| Eng | Sothearith |
| Eng | Vanna |
| Eng | Veasna |
| Fernandez | Alba |
| Hak | Koysovorn |
| Hean | Klauk |
| Heng | Chanthou |
| Heng | Leakhena |
| Heu | Ngorn |
| Him | Sophal |
| Hin | Sokhoeun |
| Hing | Thay |
| Hoeurk | Mom |
| Hom | Phally |
| Hong | Jamila |
| Hor | Manavy |
| Hor | Ngeth |
| Hour | Bun |
| Hout | Navy |
| Huot | Chandy |
| Im | Anny |
| Im | Apsar |
| Im | Chanda |

EXHIBIT A

| | |
|---|---|
| Im | Kolap |
| In | Nimoul |
| Ka | Samphy |
| Ken | Thea |
| Keo | Chan |
| Keo | Chanicka |
| Keo | Kim |
| Keo | Ponlok |
| Keo | Sarun |
| Keo | Ya |
| Khanlem | Chanthou |
| Khom | Cham |
| Khom | Suthy |
| Kim | Jenny |
| Klauk | Hean |
| Koy | Emma |
| Koy | Keth |
| Koy | Sovorn |
| Kry | Solchea |
| Kuoch | Choa |
| La | Ratha |
| Lam | Annie |
| Lam | Sammy |
| Lao | Teahoeu |
| Lay | Muyyi |
| Leng | An Om |
| Leng | Hak |
| Leng | Vannchai |
| Leung | Cedric |
| Lim | Ra |
| Limpo | Heng |
| Limpo | Heng |
| Lish | Ha |
| Loeung | Lynna |
| Lor | Yun |
| Ly | Chanthon |
| Ly | Kim |
| Ly | Mi |
| Ly | Michael |
| Ly | Mom |
| Ly | Muy |
| Ly | Souheath |
| Ly | Veng |

EXHIBIT A

| | |
|---|---|
| Ly T | Melanie |
| Mam | Sokha |
| Mao | Nary |
| Marany | Ann |
| Martinez | Genesis |
| May | Na |
| May | Sid |
| Meas | Donny |
| Men | Sinath |
| Meng | Lim Sey |
| Mey | Ny |
| Mey | Reaksmey |
| Mey | Siv |
| Mich | Ravith |
| Moeur | Saravuth |
| Mom | Angela |
| Moul | Thon |
| Moy | Sophie |
| Muth | Sam |
| Nancy | Jen |
| Ngeth | Soeung |
| Nguyen | Than |
| Noch | Srey |
| Nongsi | Nancy |
| Nop | Noeurn |
| Nun | Chhay |
| Ok | Kangya |
| Ortega | Giovanni Manuel |
| Ou | Kunthea Mali |
| Ou | Sokuntheary |
| Ou | Mali |
| Ouk | Chorenay |
| Ouk | Ly |
| Ouk | Sareth |
| Oum | Chomroeun |
| Oun | Jennifer |
| Oun | Jim |
| Oun | Srev |
| Pan | Lim |
| Pan | Key |
| Pang | Vanny |
| Pav | Leak |
| Pen | Dalin |

EXHIBIT A

| | |
|---|---|
| Perez | Ana |
| Phat | Susan |
| Pho | Kathy |
| Phol | Bunna |
| Phuong | Phon |
| Po | Sophea |
| Pom Seng | Sophary |
| Pommarath | Davonne |
| Pongsa | Von |
| Ponn | Ethan |
| Prom | Mary |
| Prom | Mike |
| Prom | Vanny |
| Rath | Kristine |
| Rath | Samantha |
| Rath | Seng |
| Rath Siv | Joey |
| Ravi | Tren |
| Re | Sok |
| Ream | Judy |
| Ree | Johnny |
| Ret | Rom |
| Rim | Phearak |
| Rim | Sreylin |
| Riya | Pep |
| Ros | Phana |
| Ros | Samnang |
| Sak | Try |
| Sam | Saem |
| Sam | Sokeang |
| Sam | Timothy |
| San | Leangsiv |
| San | Lina |
| Sang | Noy |
| Sann | Chinnau |
| Sann | Henry |
| Sao | Ratha |
| Sarin | Kennedy |
| Saron | Ramy |
| Sary | Sokuntheary |
| Savy | Sokun |
| Seng | Boran |
| Seng | Kim |

EXHIBIT A

| | |
|---|---|
| Seng | Sophorn |
| Sien | Kimheang |
| Sim | Bun |
| Sim | Donnie |
| Sin | Sarana |
| Sinarong | Khekthong |
| Smey | Reak |
| So | Ponnary |
| Sok | Chou |
| Sok | Im Sang |
| Sok | Jay |
| Sok | Kheng |
| Sok | Linna |
| Sok | Many |
| Sok | Ngeth |
| Sok | Pov |
| Sok | Rina |
| Sok | Sreyla |
| Sok | Ty |
| Sokhom | Sothy |
| Solida | Vath |
| Som | Khmao |
| Som | Sopheap |
| Son | Kim |
| Son | Lap |
| Son | Leak |
| Son | Nancy |
| Sonny | Vanna |
| Sophary | Seng |
| Soun | Mano |
| Soun | Sokhom |
| Sovannak | Yous |
| Suo | Sreysa |
| Suos | Sokhon |
| Sy | Sokuntheary |
| Tang | Dennis |
| Tang | Phirom |
| Tea | Candy |
| Tep | T-Pesy |
| Tep | Thida |
| Tha | Kim |
| Tha | Thi |
| Thay | Seng |

EXHIBIT A

| | |
|---|---|
| Theang | Po |
| Theng | Kong |
| Thon | Sarath |
| Thun | Nap |
| Thy | Dowie |
| Ti | Niccson |
| Tiger | Cheata |
| Tim | Mike |
| To | Tom |
| Toch | Samsok |
| Tong | Max |
| Touch | Rin |
| Touel | Sairth |
| Tran | Kimsean |
| Tren | Ravi |
| Try | Vannak |
| Voeung | Savang |
| Vorn | Danny |
| Vun | Panha |
| Xayvasane | Chitavong |
| Yim | Dean |
| Yin | Kathy |
| Yin | Mao |
| Yin | Vanna |
| You | Cheath |
| Siv Youm | Lang (Sivleng) |
| Yuom | Lin |