UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIE A. SU, Acting Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

KHL INC; NALEN OU; and LIM OU,

Defendants.

Civil Action No.  1:23-cv-10893

<u>JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER</u>

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor, and

Defendants KHL Inc, Nalen Ou, and Lim Ou hereby move the Court to approve the Consent

Judgment and Order attached hereto as Exhibit 1.

Respectfully Submitted,

For Defendants:

For Plaintiff:

/s/ Jay P. Sheehan
Jay P. Sheehan
MA BBO No. 629427
Sheehan and Owens
P.O. Box 216
Lowell, MA 01853
TEL: (978) 452-4645
jaypsheehan@comcast.net

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Counsel for Wage & Hour

Date:  April 26, 2023

/s/ Susan G. Salzberg
Susan G. Salzberg
Senior Trial Attorney
Salzberg.susan@dol.gov
TEL (617)565-2514
MA BBO No. 556437

U.S. Department of Labor
Office of the Solicitor

JFK Federal Building
Room E-375
Boston, MA  02203
TEL: (617) 565-2500

Date: April 26, 2023

2

**Certificate of Service**

I hereby certify that on April 26, 2023, a copy of foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibits were filed electronically. I further certify that on that date I served these documents on Defendants by causing them to emailed to:

For Defendants:

> Jay P. Sheehan
> Sheehan and Owens
> P.O. Box 216
> Lowell, MA 01853
> TEL: (978) 452-4645
> Jaypsheehan@comcast.net

the last known email address.

> /s/ Susan G. Salzberg
> Susan G. Salzberg
> MA BBO No. 556437
>
> U.S. Department of Labor
> Office of the Solicitor
> JFK Federal Building
> Room E-375
> Boston, MA  02203
> TEL: (617) 565-2500
>
> Salzberg.susan@dol.gov