# EXHIBIT A1

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

Exhibit A1

| First Name | Last Name | Backwages Due | Liquidated Damages | Total Due Employee |
|---|---|---|---|---|
| Paula | Am | $ 103.41 | $ 103.41 | $ 206.83 |
| Tony | Am | $ 119.54 | $ 119.54 | $ 239.07 |
| Bun | Ath | $ 61.75 | $ 61.75 | $ 123.51 |
| Sambath | Ath | $ 150.15 | $ 150.15 | $ 300.31 |
| Trina | Ath | $ 358.17 | $ 358.17 | $ 716.35 |
| Ven | Borada | $ 571.99 | $ 571.99 | $ 1,143.98 |
| Dary | Bun | $ 45.34 | $ 45.34 | $ 90.69 |
| Rita | Bun | $ 92.47 | $ 92.47 | $ 184.95 |
| Vong | Bunthoeum | $ 83.14 | $ 83.14 | $ 166.29 |
| Vanna | By | $ 179.15 | $ 179.15 | $ 358.31 |
| Rim | Cer | $ 321.32 | $ 321.32 | $ 642.63 |
| Chinda | Chak | $ 96.47 | $ 96.47 | $ 192.95 |
| Dany | Chak | $ 58.26 | $ 58.26 | $ 116.52 |
| Keav | Chakrya | $ 46.06 | $ 46.06 | $ 92.13 |
| Anna | Chan | $ 58.06 | $ 58.06 | $ 116.11 |
| Ravy | Chan | $ 273.41 | $ 273.41 | $ 546.83 |
| Thy | Chan | $ 426.45 | $ 426.45 | $ 852.90 |
| Tony | Chan | $ 201.51 | $ 201.51 | $ 403.02 |
| Ny | Channy | $ 136.81 | $ 136.81 | $ 273.62 |
| Nikki | Chao | $ 63.08 | $ 63.08 | $ 126.17 |
| Sam | Che | $ 228.17 | $ 228.17 | $ 456.34 |
| David | Chea | $ 70.39 | $ 70.39 | $ 140.78 |
| Mao | Chea | $ 87.32 | $ 87.32 | $ 174.64 |
| Ry | Chea | $ 41.63 | $ 41.63 | $ 83.26 |
| Socheat | Chea | $ 252.47 | $ 252.47 | $ 504.94 |
| Tommy | Chea | $ 118.89 | $ 118.89 | $ 237.77 |
| Nang | Chen | $ 79.46 | $ 79.46 | $ 158.92 |
| Linda | Chhay | $ 82.85 | $ 82.85 | $ 165.69 |
| Sophon | Chhay | $ 63.43 | $ 63.43 | $ 126.86 |
| Sothea | Chhay | $ 258.22 | $ 258.22 | $ 516.44 |
| Nay | Chheng | $ 193.47 | $ 193.47 | $ 386.93 |
| Tylang | Chheu | $ 80.86 | $ 80.86 | $ 161.73 |
| Sarin | Chhim | $ 35.24 | $ 35.24 | $ 70.48 |
| Linda | Chhm | $ 27.93 | $ 27.93 | $ 55.85 |
| Phaly | Chhoeun | $ 282.70 | $ 282.70 | $ 565.40 |
| Pisey | Chhoung | $ 41.10 | $ 41.10 | $ 82.19 |
| Lyda | Chhung | $ 102.66 | $ 102.66 | $ 205.32 |
| Sreyny | Chhuon | $ 137.96 | $ 137.96 | $ 275.92 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | |
|---|---|---|---|---|
| Dora | Chin | $ 30.81 | $ 30.81 | $ 61.61 |
| Mab | Chin | $ 78.27 | $ 78.27 | $ 156.54 |
| Sina | Chin | $ 32.82 | $ 32.82 | $ 65.64 |
| Esther | Chonay Roche | $ 33.75 | $ 33.75 | $ 67.51 |
| Long | Chrup | $ 28.42 | $ 28.42 | $ 56.83 |
| Daniel | Chun | $ 25.19 | $ 25.19 | $ 50.38 |
| Alicia | Cruz | $ 138.29 | $ 138.29 | $ 276.58 |
| Delia | Cruz | $ 113.37 | $ 113.37 | $ 226.73 |
| Pheakdey | Dey | $ 27.98 | $ 27.98 | $ 55.97 |
| Met | Doung | $ 112.34 | $ 112.34 | $ 224.68 |
| Nancy | Duong | $ 26.37 | $ 26.37 | $ 52.73 |
| Nuoi Ngoe (Ngoc) | Duong | $ 276.10 | $ 276.10 | $ 552.20 |
| Sokon | Duong | $ 24.90 | $ 24.90 | $ 49.81 |
| Miguel | Duque | $ 243.25 | $ 243.25 | $ 486.50 |
| Kim | Ean | $ 74.24 | $ 74.24 | $ 148.49 |
| Phan | Eang | $ 48.94 | $ 48.94 | $ 97.89 |
| Jaylie | Eim | $ 35.04 | $ 35.04 | $ 70.07 |
| Pouen | Em | $ 54.38 | $ 54.38 | $ 108.75 |
| Sothearith | Eng | $ 190.36 | $ 190.36 | $ 380.72 |
| Vanna | Eng | $ 655.78 | $ 655.78 | $ 1,311.56 |
| Veasna | Eng | $ 67.80 | $ 67.80 | $ 135.60 |
| Alba | Fernandez | $ 69.66 | $ 69.66 | $ 139.33 |
| Koysovorn | Hak | $ 36.78 | $ 36.78 | $ 73.56 |
| Klauk | Hean | $ 486.14 | $ 486.14 | $ 972.29 |
| Chanthou | Heng | $ 473.06 | $ 473.06 | $ 946.12 |
| Leakhena | Heng | $ 260.23 | $ 260.23 | $ 520.46 |
| Ngorn | Heu | $ 25.91 | $ 25.91 | $ 51.82 |
| Sophal | Him | $ 30.37 | $ 30.37 | $ 60.75 |
| Sokhoeun | Hin | $ 135.37 | $ 135.37 | $ 270.74 |
| Thay | Hing | $ 229.55 | $ 229.55 | $ 459.10 |
| Mom | Hoeurk | $ 55.05 | $ 55.05 | $ 110.09 |
| Phally | Hom | $ 317.35 | $ 317.35 | $ 634.70 |
| Jamila | Hong | $ 58.47 | $ 58.47 | $ 116.94 |
| Manavy | Hor | $ 724.97 | $ 724.97 | $ 1,449.94 |
| Ngeth | Hor | $ 32.82 | $ 32.82 | $ 65.64 |
| Bun | Hour | $ 122.26 | $ 122.26 | $ 244.53 |
| Navy | Hout | $ 808.16 | $ 808.16 | $ 1,616.32 |
| Chandy | Huot | $ 660.93 | $ 660.93 | $ 1,321.85 |
| Anny | Im | $ 788.97 | $ 788.97 | $ 1,577.94 |
| Apsar | Im | $ 41.53 | $ 41.53 | $ 83.06 |
| Chanda | Im | $ 61.75 | $ 61.75 | $ 123.51 |
| Kolap | Im | $ 272.63 | $ 272.63 | $ 545.26 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | | |
|---|---|---|---|---|---|
| Nimoul | In | $ 55.13 | $ 55.13 | $ 110.27 |
| Samphy | Ka | $ 58.30 | $ 58.30 | $ 116.60 |
| Thea | Ken | $ 69.06 | $ 69.06 | $ 138.12 |
| Chan | Keo | $ 44.31 | $ 44.31 | $ 88.62 |
| Chanicka | Keo | $ 63.26 | $ 63.26 | $ 126.51 |
| Kim | Keo | $ 239.70 | $ 239.70 | $ 479.40 |
| Ponlok | Keo | $ 26.13 | $ 26.13 | $ 52.25 |
| Ya | Keo | $ 439.29 | $ 439.29 | $ 878.58 |
| Chanthou | Khanlem | $ 118.15 | $ 118.15 | $ 236.31 |
| Cham | Khom | $ 117.46 | $ 117.46 | $ 234.92 |
| Suthy | Khom | $ 27.64 | $ 27.64 | $ 55.28 |
| Jenny | Kim | $ 116.11 | $ 116.11 | $ 232.22 |
| Hean | Klauk | $ 242.89 | $ 242.89 | $ 485.79 |
| Emma | Koy | $ 56.63 | $ 56.63 | $ 113.26 |
| Sovorn | Koy | $ 175.58 | $ 175.58 | $ 351.16 |
| Solchea | Kry | $ 99.00 | $ 99.00 | $ 198.00 |
| Choa | Kuoch | $ 28.07 | $ 28.07 | $ 56.14 |
| Ratha | La | $ 668.11 | $ 668.11 | $ 1,336.22 |
| Annie | Lam | $ 303.84 | $ 303.84 | $ 607.68 |
| Sammy | Lam | $ 69.82 | $ 69.82 | $ 139.63 |
| Teahoeu | Lao | $ 25.13 | $ 25.13 | $ 50.27 |
| Muyyi | Lay | $ 50.48 | $ 50.48 | $ 100.97 |
| An Om | Leng | $ 250.54 | $ 250.54 | $ 501.08 |
| Hak | Leng | $ 47.27 | $ 47.27 | $ 94.53 |
| Vannchai | Leng | $ 140.65 | $ 140.65 | $ 281.31 |
| Cedric | Leung | $ 28.79 | $ 28.79 | $ 57.58 |
| Ra | Lim | $ 181.26 | $ 181.26 | $ 362.51 |
| Heng | Limpo | $ 546.89 | $ 546.89 | $ 1,093.78 |
| Ha | Lish | $ 52.37 | $ 52.37 | $ 104.75 |
| Lynna | Loeung | $ 45.26 | $ 45.26 | $ 90.53 |
| Yun | Lor | $ 34.29 | $ 34.29 | $ 68.58 |
| Chanthon | Ly | $ 79.75 | $ 79.75 | $ 159.50 |
| Kim | Ly | $ 1,036.03 | $ 1,036.03 | $ 2,072.06 |
| Mi | Ly | $ 144.87 | $ 144.87 | $ 289.74 |
| Michael | Ly | $ 363.12 | $ 363.12 | $ 726.24 |
| Mom | Ly | $ 77.05 | $ 77.05 | $ 154.10 |
| Muy | Ly | $ 41.57 | $ 41.57 | $ 83.13 |
| Souheath | Ly | $ 387.14 | $ 387.14 | $ 774.27 |
| Veng | Ly | $ 66.63 | $ 66.63 | $ 133.26 |
| Melanie | Ly T | $ 23.32 | $ 23.32 | $ 46.64 |
| Sokha | Mam | $ 420.19 | $ 420.19 | $ 840.37 |
| Nary | Mao | $ 22.28 | $ 22.28 | $ 44.57 |
| Ann | Marany | $ 449.29 | $ 449.29 | $ 898.59 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Genesis | Martinez | $ | 124.72 | $ | 124.72 | $ | 249.43 |
| Na | May | $ | 134.66 | $ | 134.66 | $ | 269.31 |
| Sid | May | $ | 79.93 | $ | 79.93 | $ | 159.86 |
| Donny | Meas | $ | 277.50 | $ | 277.50 | $ | 555.00 |
| Sinath | Men | $ | 34.98 | $ | 34.98 | $ | 69.96 |
| Lim Sey | Meng | $ | 22.31 | $ | 22.31 | $ | 44.62 |
| Ny | Mey | $ | 174.14 | $ | 174.14 | $ | 348.28 |
| Reaksmey | Mey | $ | 237.52 | $ | 237.52 | $ | 475.03 |
| Siv | Mey | $ | 600.73 | $ | 600.73 | $ | 1,201.46 |
| Ravith | Mich | $ | 24.36 | $ | 24.36 | $ | 48.71 |
| Saravuth | Moeur | $ | 445.13 | $ | 445.13 | $ | 890.26 |
| Angela | Mom | $ | 342.02 | $ | 342.02 | $ | 684.05 |
| Thon | Moul | $ | 229.33 | $ | 229.33 | $ | 458.66 |
| Sophie | Moy | $ | 66.22 | $ | 66.22 | $ | 132.43 |
| Sam | Muth | $ | 568.80 | $ | 568.80 | $ | 1,137.60 |
| Jen | Nancy | $ | 88.66 | $ | 88.66 | $ | 177.33 |
| Than | Nguyen | $ | 325.24 | $ | 325.24 | $ | 650.47 |
| Srey | Noch | $ | 310.33 | $ | 310.33 | $ | 620.65 |
| Nancy | Nongsi | $ | 871.14 | $ | 871.14 | $ | 1,742.27 |
| Noeurn | Nop | $ | 60.72 | $ | 60.72 | $ | 121.44 |
| Chhay | Nun | $ | 77.91 | $ | 77.91 | $ | 155.81 |
| Kangya | Ok | $ | 40.13 | $ | 40.13 | $ | 80.27 |
| Giovanni Manuel | Ortega | $ | 50.26 | $ | 50.26 | $ | 100.51 |
| Kunthea Mali | Ou | $ | 66.19 | $ | 66.19 | $ | 132.39 |
| Sokuntheary | Ou | $ | 86.33 | $ | 86.33 | $ | 172.67 |
| Mali | Ou | $ | 217.49 | $ | 217.49 | $ | 434.97 |
| Chorenay | Ouk | $ | 53.72 | $ | 53.72 | $ | 107.44 |
| Ly | Ouk | $ | 41.80 | $ | 41.80 | $ | 83.61 |
| Sareth | Ouk | $ | 63.41 | $ | 63.41 | $ | 126.82 |
| Chomroeun | Oum | $ | 146.01 | $ | 146.01 | $ | 292.03 |
| Jennifer | Oun | $ | 310.04 | $ | 310.04 | $ | 620.08 |
| Jim | Oun | $ | 193.40 | $ | 193.40 | $ | 386.81 |
| Srev | Oun | $ | 71.47 | $ | 71.47 | $ | 142.93 |
| Lim | Pan | $ | 88.27 | $ | 88.27 | $ | 176.55 |
| Key | Pan | $ | 39.15 | $ | 39.15 | $ | 78.31 |
| Vanny | Pang | $ | 31.38 | $ | 31.38 | $ | 62.75 |
| Leak | Pav | $ | 24.86 | $ | 24.86 | $ | 49.71 |
| Dalin | Pen | $ | 118.40 | $ | 118.40 | $ | 236.81 |
| Ana | Perez | $ | 374.63 | $ | 374.63 | $ | 749.27 |
| Susan | Phat | $ | 237.83 | $ | 237.83 | $ | 475.66 |
| Kathy | Pho | $ | 314.93 | $ | 314.93 | $ | 629.87 |
| Bunna | Phol | $ | 41.46 | $ | 41.46 | $ | 82.91 |
| Phon | Phuong | $ | 102.78 | $ | 102.78 | $ | 205.56 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | | |
|---|---|---|---|---|---|
| Sophea | Po | $ 438.23 | $ 438.23 | $ 876.45 |
| Sophary | Pom Seng | $ 160.58 | $ 160.58 | $ 321.16 |
| Davonne | Pommarath | $ 52.47 | $ 52.47 | $ 104.93 |
| Von | Pongsa | $ 113.82 | $ 113.82 | $ 227.63 |
| Ethan | Ponn | $ 99.84 | $ 99.84 | $ 199.67 |
| Mary | Prom | $ 475.67 | $ 475.67 | $ 951.33 |
| Mike | Prom | $ 50.57 | $ 50.57 | $ 101.14 |
| Vanny | Prom | $ 92.07 | $ 92.07 | $ 184.14 |
| Kristine | Rath | $ 26.08 | $ 26.08 | $ 52.17 |
| Samantha | Rath | $ 26.13 | $ 26.13 | $ 52.25 |
| Seng | Rath | $ 56.23 | $ 56.23 | $ 112.46 |
| Joey | Rath Siv | $ 98.74 | $ 98.74 | $ 197.48 |
| Tren | Ravi | $ 66.50 | $ 66.50 | $ 133.01 |
| Sok | Re | $ 38.34 | $ 38.34 | $ 76.68 |
| Judy | Ream | $ 369.33 | $ 369.33 | $ 738.66 |
| Johnny | Ree | $ 662.74 | $ 662.74 | $ 1,325.49 |
| Rom | Ret | $ 64.63 | $ 64.63 | $ 129.25 |
| Phearak | Rim | $ 649.17 | $ 649.17 | $ 1,298.34 |
| Sreylin | Rim | $ 277.02 | $ 277.02 | $ 554.03 |
| Pep | Riya | $ 125.47 | $ 125.47 | $ 250.93 |
| Phana | Ros | $ 22.11 | $ 22.11 | $ 44.22 |
| Samnang | Ros | $ 387.28 | $ 387.28 | $ 774.56 |
| Try | Sak | $ 172.87 | $ 172.87 | $ 345.74 |
| Saem | Sam | $ 107.15 | $ 107.15 | $ 214.31 |
| Sokeang | Sam | $ 61.46 | $ 61.46 | $ 122.91 |
| Timothy | Sam | $ 42.11 | $ 42.11 | $ 84.21 |
| Leangsiv | San | $ 42.32 | $ 42.32 | $ 84.64 |
| Lina | San | $ 35.33 | $ 35.33 | $ 70.65 |
| Noy | Sang | $ 27.89 | $ 27.89 | $ 55.78 |
| Chinnau | Sann | $ 134.48 | $ 134.48 | $ 268.95 |
| Henry | Sann | $ 41.17 | $ 41.17 | $ 82.34 |
| Ratha | Sao | $ 59.68 | $ 59.68 | $ 119.36 |
| Ramy | Saron | $ 26.17 | $ 26.17 | $ 52.34 |
| Sokuntheary | Sary | $ 39.01 | $ 39.01 | $ 78.02 |
| Sokun | Savy | $ 68.35 | $ 68.35 | $ 136.69 |
| Boran | Seng | $ 617.73 | $ 617.73 | $ 1,235.46 |
| Kim | Seng | $ 73.59 | $ 73.59 | $ 147.17 |
| Sophorn | Seng | $ 22.89 | $ 22.89 | $ 45.78 |
| Kimheang | Sien | $ 125.72 | $ 125.72 | $ 251.44 |
| Bun | Sim | $ 67.64 | $ 67.64 | $ 135.29 |
| Donnie | Sim | $ 33.34 | $ 33.34 | $ 66.68 |
| Sarana | Sin | $ 305.88 | $ 305.88 | $ 611.77 |
| Khekthong | Sinarong | $ 85.22 | $ 85.22 | $ 170.44 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reak | Smey | $ | 34.55 | $ | 34.55 | $ | 69.10 |
| Ponnary | So | $ | 850.47 | $ | 850.47 | $ | 1,700.94 |
| Chou | Sok | $ | 175.31 | $ | 175.31 | $ | 350.62 |
| Jay | Sok | $ | 26.60 | $ | 26.60 | $ | 53.20 |
| Kheng | Sok | $ | 59.00 | $ | 59.00 | $ | 118.00 |
| Linna | Sok | $ | 133.08 | $ | 133.08 | $ | 266.16 |
| Many | Sok | $ | 297.21 | $ | 297.21 | $ | 594.42 |
| Ngeth | Sok | $ | 88.02 | $ | 88.02 | $ | 176.05 |
| Pov | Sok | $ | 98.17 | $ | 98.17 | $ | 196.33 |
| Rina | Sok | $ | 82.90 | $ | 82.90 | $ | 165.80 |
| Sreyla | Sok | $ | 105.89 | $ | 105.89 | $ | 211.78 |
| Ty | Sok | $ | 94.91 | $ | 94.91 | $ | 189.82 |
| Sothy | Sokhom | $ | 24.10 | $ | 24.10 | $ | 48.19 |
| Vath | Solida | $ | 45.34 | $ | 45.34 | $ | 90.69 |
| Khmao | Som | $ | 32.53 | $ | 32.53 | $ | 65.06 |
| Sopheap | Som | $ | 121.56 | $ | 121.56 | $ | 243.13 |
| Kim | Son | $ | 44.83 | $ | 44.83 | $ | 89.65 |
| Lap | Son | $ | 112.86 | $ | 112.86 | $ | 225.71 |
| Leak | Son | $ | 358.48 | $ | 358.48 | $ | 716.96 |
| Nancy | Son | $ | 625.89 | $ | 625.89 | $ | 1,251.77 |
| Vanna | Sonny | $ | 171.61 | $ | 171.61 | $ | 343.22 |
| Seng | Sophary | $ | 268.16 | $ | 268.16 | $ | 536.31 |
| Mano | Soun | $ | 67.54 | $ | 67.54 | $ | 135.08 |
| Sokhom | Soun | $ | 621.05 | $ | 621.05 | $ | 1,242.10 |
| Yous | Sovannak | $ | 544.22 | $ | 544.22 | $ | 1,088.44 |
| Sreysa | Suo | $ | 28.36 | $ | 28.36 | $ | 56.72 |
| Sokhon | Suos | $ | 213.07 | $ | 213.07 | $ | 426.15 |
| Sokuntheary | Sy | $ | 26.77 | $ | 26.77 | $ | 53.55 |
| Dennis | Tang | $ | 50.96 | $ | 50.96 | $ | 101.92 |
| Phirom | Tang | $ | 32.47 | $ | 32.47 | $ | 64.95 |
| Candy | Tea | $ | 68.95 | $ | 68.95 | $ | 137.90 |
| Thida | Tep | $ | 162.37 | $ | 162.37 | $ | 324.75 |
| Kim | Tha | $ | 727.30 | $ | 727.30 | $ | 1,454.60 |
| Thi | Tha | $ | 109.37 | $ | 109.37 | $ | 218.73 |
| Seng | Thay | $ | 67.44 | $ | 67.44 | $ | 134.88 |
| Po | Theang | $ | 45.70 | $ | 45.70 | $ | 91.41 |
| Kong | Theng | $ | 226.31 | $ | 226.31 | $ | 452.62 |
| Sarath | Thon | $ | 44.31 | $ | 44.31 | $ | 88.62 |
| Nap | Thun | $ | 329.77 | $ | 329.77 | $ | 659.53 |
| Dowie | Thy | $ | 25.48 | $ | 25.48 | $ | 50.96 |
| Niccson | Ti | $ | 34.19 | $ | 34.19 | $ | 68.38 |
| Cheata | Tiger | $ | 55.96 | $ | 55.96 | $ | 111.91 |
| Mike | Tim | $ | 27.38 | $ | 27.38 | $ | 54.76 |

KHL, Inc. Exhibit A1 to Consent Judgment - Case IDs: 1871005 & 1887589

| | | | | |
|---|---|---|---|---|
| Tom | To | $ 54.27 | $ 54.27 | $ 108.55 |
| Samsok | Toch | $ 356.35 | $ 356.35 | $ 712.71 |
| Max | Tong | $ 78.60 | $ 78.60 | $ 157.19 |
| Rin | Touch | $ 119.46 | $ 119.46 | $ 238.92 |
| Sairth | Touel | $ 67.76 | $ 67.76 | $ 135.53 |
| Kimsean | Tran | $ 78.85 | $ 78.85 | $ 157.70 |
| Ravi | Tren | $ 38.00 | $ 38.00 | $ 76.01 |
| Vannak | Try | $ 36.62 | $ 36.62 | $ 73.25 |
| Savang | Voeung | $ 110.10 | $ 110.10 | $ 220.20 |
| Danny | Vorn | $ 33.68 | $ 33.68 | $ 67.37 |
| Panha | Vun | $ 185.65 | $ 185.65 | $ 371.30 |
| Chitavong | Xayvasane | $ 123.54 | $ 123.54 | $ 247.09 |
| Dean | Yim | $ 41.28 | $ 41.28 | $ 82.57 |
| Kathy | Yin | $ 88.13 | $ 88.13 | $ 176.27 |
| Mao | Yin | $ 86.64 | $ 86.64 | $ 173.28 |
| Vanna | Yin | $ 41.08 | $ 41.08 | $ 82.15 |
| Cheath | You | $ 628.88 | $ 628.88 | $ 1,257.77 |
| Lang (Sivleng) | Siv Youm | $ 701.53 | $ 701.53 | $ 1,403.06 |
| Lin | Yuom | $ 31.52 | $ 31.52 | $ 63.05 |
| Ratanak | Am | $ 7,251.56 | | $ 7,251.56 |
| Sambo | Chan | $ 6,021.94 | | $ 6,021.94 |
| Kimseng | Chao | $ 11,892.00 | | $ 11,892.00 |
| Phal | Chourb | $ 2,608.50 | | $ 2,608.50 |
| Dara Solo | Doung | $ 657.38 | | $ 657.38 |
| Oun | Em | $ 17,656.50 | | $ 17,656.50 |
| Sarun | Keo | $ 5,948.56 | | $ 5,948.56 |
| Prak | Dhom | $ 2,226.88 | | $ 2,226.88 |
| Keth | Koy | $ 769.78 | | $ 769.78 |
| Heng | Limpo | $ 538.94 | | $ 538.94 |
| Soeung | Ngeth | $ 4,899.88 | | $ 4,899.88 |
| Kennedy | Sarin | $ 5,471.20 | | $ 5,471.20 |
| Im Sang | Sok | $ 1,333.25 | | $ 1,333.25 |
| T-Pesy | Tep | $ 1,143.69 | | $ 1,143.69 |

**Total Due All Employees:**      **$ 160,000.05**