# EXHIBIT B1

U.S. DEPARTMENT OF LABOR

Installment Amortization Schedule
Installment Agreement Date: 5/1/2023

Case No:    1871005

Employer:    KHL

| Beginning Payment Date: | 6/1/2023 | Ending Payment Date: | 7/1/2023 |
| Total BW Amount: | $68,420.06 | Current Interest Rate: | 1.0 % |
| | | Number Of Payments: | 2 |
| Initial Payment: | $38,260.81 | Pay Period: | Monthly |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
| --- | --- | --- | --- |
| **Initial Payment (due 14 days after execution of consent judgement)** | | | |
| Ratanak Am | $4,055.11 | $0.00 | $4,055.11 |
| Sambo Chann | $3,367.50 | $0.00 | $3,367.50 |
| Kimseng Chao | $6,650.06 | $0.00 | $6,650.06 |
| Phal Chourb | $1,458.69 | $0.00 | $1,458.69 |
| Dara Solo Doung | $367.61 | $0.00 | $367.61 |
| Oun Em | $9,873.60 | $0.00 | $9,873.60 |
| Sarun Keo | $3,326.46 | $0.00 | $3,326.46 |
| Prak Khom | $1,245.28 | $0.00 | $1,245.28 |
| Keth Koy | $430.46 | $0.00 | $430.46 |
| Heng Limpo | $301.38 | $0.00 | $301.38 |
| Soeung Ngeth | $2,740.04 | $0.00 | $2,740.04 |
| Kennedy Sarin | $3,059.52 | $0.00 | $3,059.52 |
| Im Sang Sok | $745.56 | $0.00 | $745.56 |
| T-Pesy Tep | $639.54 | $0.00 | $639.54 |
| **Date Due    6/1/2023** | | | |
| Ratanak Am | $1,597.57 | $2.66 | $1,600.23 |
| Sambo Chann | $1,326.67 | $2.21 | $1,328.88 |
| Kimseng Chao | $2,619.89 | $4.37 | $2,624.26 |
| Phal Chourb | $574.67 | $0.96 | $575.63 |
| Dara Solo Doung | $144.83 | $0.24 | $145.07 |
| Oun Em | $3,889.85 | $6.49 | $3,896.34 |

| | EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|---|
| | Sarun Keo | $1,310.51 | $2.18 | $1,312.69 |
| | Prak Khom | $490.60 | $0.82 | $491.42 |
| | Keth Koy | $169.59 | $0.28 | $169.87 |
| | Heng Limpo | $118.73 | $0.20 | $118.93 |
| | Soeung Ngeth | $1,079.48 | $1.80 | $1,081.28 |
| | Kennedy Sarin | $1,205.34 | $2.01 | $1,207.35 |
| | Im Sang Sok | $293.72 | $0.49 | $294.21 |
| | T-Pesy Tep | $251.90 | $0.42 | $252.32 |
| **Date Due** | **7/1/2023** | | | |
| | Ratanak Am | $1,598.88 | $1.33 | $1,600.21 |
| | Sambo Chann | $1,327.77 | $1.11 | $1,328.88 |
| | Kimseng Chao | $2,622.05 | $2.18 | $2,624.23 |
| | Phal Chourb | $575.14 | $0.48 | $575.62 |
| | Dara Solo Doung | $144.94 | $0.12 | $145.06 |
| | Oun Em | $3,893.05 | $3.24 | $3,896.29 |
| | Sarun Keo | $1,311.59 | $1.09 | $1,312.68 |
| | Prak Khom | $491.00 | $0.41 | $491.41 |
| | Keth Koy | $169.73 | $0.14 | $169.87 |
| | Heng Limpo | $118.83 | $0.10 | $118.93 |
| | Soeung Ngeth | $1,080.36 | $0.90 | $1,081.26 |
| | Kennedy Sarin | $1,206.34 | $1.01 | $1,207.35 |
| | Im Sang Sok | $293.97 | $0.24 | $294.21 |
| | T-Pesy Tep | $252.25 | $0.22 | $252.47 |
| | | $68,420.06 | $37.70 | $68,457.76 |