# EXHIBIT C1

U.S. DEPARTMENT OF LABOR

Installment Amortization Schedule
Installment Agreement Date: 5/1/2023

Case No:    1887589
Employer:    KHL

| Beginning Payment Date: | 6/1/2023 | Ending Payment Date: | 7/1/2023 |
|---|---|---|---|
| Total BW/LD Amount: | $91,579.96 | Current Interest Rate: | 1.0 % |
| | | Number Of Payments: | 2 |
| Initial payment | $70,517.88 | Pay Period: | Monthly |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| **Initial payment - (Due 14 days after execution of Consent Judgment)** | | | |
| Paula Am | $159.26 | $0.00 | $159.26 |
| Bun Ath | $95.10 | $0.00 | $95.10 |
| Trina Ath | $551.60 | $0.00 | $551.60 |
| Dary Bun | $69.83 | $0.00 | $69.83 |
| Vong Bunthoeum | $128.04 | $0.00 | $128.04 |
| Rim Cer | $494.85 | $0.00 | $494.85 |
| Dany Chak | $89.72 | $0.00 | $89.72 |
| Anna Chan | $89.41 | $0.00 | $89.41 |
| Thy Chan | $656.75 | $0.00 | $656.75 |
| Ny Channy | $210.69 | $0.00 | $210.69 |
| Sam Che | $351.39 | $0.00 | $351.39 |
| Mao Chea | $134.48 | $0.00 | $134.48 |
| Socheat Chea | $388.81 | $0.00 | $388.81 |
| Nang Chen | $122.37 | $0.00 | $122.37 |
| Sophon Chhay | $97.68 | $0.00 | $97.68 |
| Nay Chheng | $297.95 | $0.00 | $297.95 |
| Sarin Chhim | $54.27 | $0.00 | $54.27 |
| Phaly Chhoeun | $435.37 | $0.00 | $435.37 |
| Lyda Chhung | $158.10 | $0.00 | $158.10 |
| Dora Chin | $47.45 | $0.00 | $47.45 |
| Sina Chin | $50.54 | $0.00 | $50.54 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Long Chrup | $43.77 | $0.00 | $43.77 |
| Alicia Cruz | $212.97 | $0.00 | $212.97 |
| Pheakdey Dey | $43.09 | $0.00 | $43.09 |
| Nancy Duong | $40.61 | $0.00 | $40.61 |
| Sokon Duong | $38.35 | $0.00 | $38.35 |
| Kim Ean | $114.33 | $0.00 | $114.33 |
| Jaylie Eim | $53.96 | $0.00 | $53.96 |
| Sothearith Eng | $293.16 | $0.00 | $293.16 |
| Veasna Eng | $104.41 | $0.00 | $104.41 |
| Koysovorn Hak | $56.64 | $0.00 | $56.64 |
| Chanthou Heng | $728.53 | $0.00 | $728.53 |
| Ngorn Heu | $39.90 | $0.00 | $39.90 |
| Sokhoeun Hin | $208.48 | $0.00 | $208.48 |
| Mom Hoeurk | $84.78 | $0.00 | $84.78 |
| Jamila Hong | $90.05 | $0.00 | $90.05 |
| Ngeth Hor | $50.54 | $0.00 | $50.54 |
| Navy Hout | $1,244.60 | $0.00 | $1,244.60 |
| Anny Im | $1,215.05 | $0.00 | $1,215.05 |
| Chanda Im | $95.10 | $0.00 | $95.10 |
| Nimoul In | $84.90 | $0.00 | $84.90 |
| Thea Ken | $106.36 | $0.00 | $106.36 |
| Chanicka Keo | $97.42 | $0.00 | $97.42 |
| Ponlok Keo | $40.24 | $0.00 | $40.24 |
| Chanthou Khanlem | $181.96 | $0.00 | $181.96 |
| Suthy Khom | $42.57 | $0.00 | $42.57 |
| Hean Klauk | $374.06 | $0.00 | $374.06 |
| Sovorn Koy | $270.40 | $0.00 | $270.40 |
| Choa Kuoch | $43.23 | $0.00 | $43.23 |
| Annie Lam | $467.93 | $0.00 | $467.93 |
| Teahoeu Lao | $38.70 | $0.00 | $38.70 |
| An Om Leng | $385.84 | $0.00 | $385.84 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Vannchai Leng | $216.61 | $0.00 | $216.61 |
| Ra Lim | $279.15 | $0.00 | $279.15 |
| Ha Lish | $80.65 | $0.00 | $80.65 |
| Yun Lor | $52.81 | $0.00 | $52.81 |
| Kim Ly | $1,595.53 | $0.00 | $1,595.53 |
| Michael Ly | $559.22 | $0.00 | $559.22 |
| Muy Ly | $64.02 | $0.00 | $64.02 |
| Melanie Ly T | $35.91 | $0.00 | $35.91 |
| Sokha Mam | $647.11 | $0.00 | $647.11 |
| Ann Marany | $691.92 | $0.00 | $691.92 |
| Na May | $207.38 | $0.00 | $207.38 |
| Donny Meas | $427.36 | $0.00 | $427.36 |
| Lim Sey Meng | $34.36 | $0.00 | $34.36 |
| Reaksmey Mey | $365.79 | $0.00 | $365.79 |
| Ravith Mich | $37.52 | $0.00 | $37.52 |
| Angela Mom | $526.72 | $0.00 | $526.72 |
| Sophie Moy | $101.98 | $0.00 | $101.98 |
| Jen Nancy | $136.54 | $0.00 | $136.54 |
| Srey Noch | $477.92 | $0.00 | $477.92 |
| Noeurn Nop | $93.51 | $0.00 | $93.51 |
| Kangya Ok | $61.80 | $0.00 | $61.80 |
| Kunthea Mali Ou | $101.94 | $0.00 | $101.94 |
| Sokuntheary Ou | $132.95 | $0.00 | $132.95 |
| Ly Ouk | $64.37 | $0.00 | $64.37 |
| Chomroeun Oum | $224.86 | $0.00 | $224.86 |
| Jim Oun | $297.84 | $0.00 | $297.84 |
| Key Pan | $60.29 | $0.00 | $60.29 |
| Vanny Pang | $48.33 | $0.00 | $48.33 |
| Dalin Pen | $182.34 | $0.00 | $182.34 |
| Susan Phat | $366.27 | $0.00 | $366.27 |
| Bunna Phol | $63.83 | $0.00 | $63.83 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Sophea Po | $674.89 | $0.00 | $674.89 |
| Davonne Pommarath | $80.81 | $0.00 | $80.81 |
| Ethan Ponn | $153.76 | $0.00 | $153.76 |
| Mike Prom | $77.88 | $0.00 | $77.88 |
| Kristine Rath | $40.16 | $0.00 | $40.16 |
| Seng Rath | $86.60 | $0.00 | $86.60 |
| Tren Ravi | $102.41 | $0.00 | $102.41 |
| Judy Ream | $568.78 | $0.00 | $568.78 |
| Rom Ret | $99.53 | $0.00 | $99.53 |
| Sreylin Rim | $426.62 | $0.00 | $426.62 |
| Phana Ros | $34.05 | $0.00 | $34.05 |
| Try Sak | $266.23 | $0.00 | $266.23 |
| Sokeang Sam | $94.65 | $0.00 | $94.65 |
| Leangsiv San | $65.17 | $0.00 | $65.17 |
| Noy Sang | $42.95 | $0.00 | $42.95 |
| Henry Sann | $63.40 | $0.00 | $63.40 |
| Ramy Saron | $40.30 | $0.00 | $40.30 |
| Sokun Savy | $105.26 | $0.00 | $105.26 |
| Kim Seng | $113.33 | $0.00 | $113.33 |
| Kimheang Sien | $193.61 | $0.00 | $193.61 |
| Donnie Sim | $51.34 | $0.00 | $51.34 |
| Khekthong Sinarong | $131.24 | $0.00 | $131.24 |
| Reak Smey | $53.21 | $0.00 | $53.21 |
| Chou Sok | $269.98 | $0.00 | $269.98 |
| Kheng Sok | $90.86 | $0.00 | $90.86 |
| Many Sok | $457.72 | $0.00 | $457.72 |
| Pov Sok | $151.19 | $0.00 | $151.19 |
| Sreyla Sok | $163.07 | $0.00 | $163.07 |
| Sothy Sokhom | $37.11 | $0.00 | $37.11 |
| Khmao Som | $50.10 | $0.00 | $50.10 |
| Kim Son | $69.04 | $0.00 | $69.04 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Leak Son | $552.07 | $0.00 | $552.07 |
| Vanna Sonny | $264.29 | $0.00 | $264.29 |
| Mano Soun | $104.01 | $0.00 | $104.01 |
| Yous Sovannak | $838.12 | $0.00 | $838.12 |
| Sokhon Suos | $328.14 | $0.00 | $328.14 |
| Dennis Tang | $78.48 | $0.00 | $78.48 |
| Candy Tea | $106.19 | $0.00 | $106.19 |
| Kim Tha | $1,120.07 | $0.00 | $1,120.07 |
| Seng Thay | $103.86 | $0.00 | $103.86 |
| Kong Theng | $348.53 | $0.00 | $348.53 |
| Nap Thun | $507.86 | $0.00 | $507.86 |
| Niccson Ti | $52.65 | $0.00 | $52.65 |
| Mike Tim | $42.17 | $0.00 | $42.17 |
| Samsok Toch | $548.79 | $0.00 | $548.79 |
| Rin Touch | $183.97 | $0.00 | $183.97 |
| Kimsean Tran | $121.43 | $0.00 | $121.43 |
| Vannak Try | $56.40 | $0.00 | $56.40 |
| Danny Vorn | $51.87 | $0.00 | $51.87 |
| Chitavong Xayvasane | $190.26 | $0.00 | $190.26 |
| Kathy Yin | $135.72 | $0.00 | $135.72 |
| Vanna Yin | $63.26 | $0.00 | $63.26 |
| Lin Yuom | $48.04 | $0.00 | $48.04 |
| Tony Am | $184.10 | $0.00 | $184.10 |
| Ven Borada | $880.89 | $0.00 | $880.89 |
| Vanna By | $275.90 | $0.00 | $275.90 |
| Keav Chakrya | $70.93 | $0.00 | $70.93 |
| Tony Chan | $310.33 | $0.00 | $310.33 |
| David Chea | $108.40 | $0.00 | $108.40 |
| Tommy Chea | $183.10 | $0.00 | $183.10 |
| Sothea Chhay | $397.67 | $0.00 | $397.67 |
| Linda Chhm | $43.01 | $0.00 | $43.01 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Sreyny Chhuon | $212.46 | $0.00 | $212.46 |
| Esther Chonay Roche | $51.98 | $0.00 | $51.98 |
| Delia Cruz | $174.59 | $0.00 | $174.59 |
| Nuoi Ngoe (Ngoc) Duong | $425.20 | $0.00 | $425.20 |
| Phan Eang | $75.37 | $0.00 | $75.37 |
| Vanna Eng | $1,009.93 | $0.00 | $1,009.93 |
| Klauk Hean | $748.67 | $0.00 | $748.67 |
| Sophal Him | $46.77 | $0.00 | $46.77 |
| Phally Hom | $488.73 | $0.00 | $488.73 |
| Bun Hour | $188.29 | $0.00 | $188.29 |
| Apsar Im | $63.96 | $0.00 | $63.96 |
| Samphy Ka | $89.78 | $0.00 | $89.78 |
| Kim Keo | $369.15 | $0.00 | $369.15 |
| Cham Khom | $180.89 | $0.00 | $180.89 |
| Emma Koy | $87.21 | $0.00 | $87.21 |
| Ratha La | $1,028.92 | $0.00 | $1,028.92 |
| Muyyi Lay | $77.74 | $0.00 | $77.74 |
| Cedric Leung | $44.34 | $0.00 | $44.34 |
| Lynna Loeung | $69.70 | $0.00 | $69.70 |
| Mi Ly | $223.11 | $0.00 | $223.11 |
| Souheath Ly | $596.21 | $0.00 | $596.21 |
| Nary Mao | $34.31 | $0.00 | $34.31 |
| Sid May | $123.10 | $0.00 | $123.10 |
| Ny Mey | $268.18 | $0.00 | $268.18 |
| Saravuth Moeur | $685.52 | $0.00 | $685.52 |
| Sam Muth | $875.97 | $0.00 | $875.97 |
| Nancy Nongsi | $1,341.59 | $0.00 | $1,341.59 |
| Giovanni Manuel Ortega | $77.40 | $0.00 | $77.40 |
| Chorenay Ouk | $82.73 | $0.00 | $82.73 |
| Jennifer Oun | $477.47 | $0.00 | $477.47 |
| Lim Pan | $135.94 | $0.00 | $135.94 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Ana Perez | $576.95 | $0.00 | $576.95 |
| Phon Phuong | $158.29 | $0.00 | $158.29 |
| Von Pongsa | $175.29 | $0.00 | $175.29 |
| Vanny Prom | $141.79 | $0.00 | $141.79 |
| Joey Rath Siv | $152.06 | $0.00 | $152.06 |
| Johnny Ree | $1,020.65 | $0.00 | $1,020.65 |
| Pep Riya | $193.23 | $0.00 | $193.23 |
| Saem Sam | $165.02 | $0.00 | $165.02 |
| Lina San | $54.41 | $0.00 | $54.41 |
| Ratha Sao | $91.91 | $0.00 | $91.91 |
| Boran Seng | $951.33 | $0.00 | $951.33 |
| Bun Sim | $104.17 | $0.00 | $104.17 |
| Lang (Sivleng) Siv Youm | $1,080.38 | $0.00 | $1,080.38 |
| Jay Sok | $40.97 | $0.00 | $40.97 |
| Ngeth Sok | $135.55 | $0.00 | $135.55 |
| Ty Sok | $146.17 | $0.00 | $146.17 |
| Sopheap Som | $187.21 | $0.00 | $187.21 |
| Nancy Son | $963.90 | $0.00 | $963.90 |
| Sokhom Soun | $956.44 | $0.00 | $956.44 |
| Sokuntheary Sy | $41.23 | $0.00 | $41.23 |
| Thida Tep | $250.06 | $0.00 | $250.06 |
| Po Theang | $70.38 | $0.00 | $70.38 |
| Dowie Thy | $39.24 | $0.00 | $39.24 |
| Tom To | $83.58 | $0.00 | $83.58 |
| Sairth Touel | $104.35 | $0.00 | $104.35 |
| Savang Voeung | $169.56 | $0.00 | $169.56 |
| Dean Yim | $63.57 | $0.00 | $63.57 |
| Cheath You | $968.50 | $0.00 | $968.50 |
| Sambath Ath | $231.24 | $0.00 | $231.24 |
| Chinda Chak | $148.57 | $0.00 | $148.57 |
| Nikki Chao | $97.15 | $0.00 | $97.15 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Linda Chhay | $127.59 | $0.00 | $127.59 |
| Pisey Chhoung | $63.30 | $0.00 | $63.30 |
| Daniel Chun | $38.79 | $0.00 | $38.79 |
| Miguel Duque | $374.61 | $0.00 | $374.61 |
| Alba Fernandez | $107.28 | $0.00 | $107.28 |
| Thay Hing | $353.52 | $0.00 | $353.52 |
| Chandy Huot | $1,017.86 | $0.00 | $1,017.86 |
| Chan Keo | $68.24 | $0.00 | $68.24 |
| Jenny Kim | $178.81 | $0.00 | $178.81 |
| Sammy Lam | $107.53 | $0.00 | $107.53 |
| Heng Limpo | $842.23 | $0.00 | $842.23 |
| Mom Ly | $118.66 | $0.00 | $118.66 |
| Genesis Martinez | $192.07 | $0.00 | $192.07 |
| Siv Mey | $925.15 | $0.00 | $925.15 |
| Than Nguyen | $500.88 | $0.00 | $500.88 |
| Mali Ou | $334.94 | $0.00 | $334.94 |
| Srev Oun | $110.07 | $0.00 | $110.07 |
| Kathy Pho | $485.00 | $0.00 | $485.00 |
| Mary Prom | $732.55 | $0.00 | $732.55 |
| Sok Re | $59.05 | $0.00 | $59.05 |
| Samnang Ros | $596.43 | $0.00 | $596.43 |
| Chinnau Sann | $207.10 | $0.00 | $207.10 |
| Sophorn Seng | $35.25 | $0.00 | $35.25 |
| Ponnary So | $1,309.76 | $0.00 | $1,309.76 |
| Rina Sok | $127.67 | $0.00 | $127.67 |
| Lap Son | $173.81 | $0.00 | $173.81 |
| Sreysa Suo | $43.68 | $0.00 | $43.68 |
| Thi Tha | $168.43 | $0.00 | $168.43 |
| Cheata Tiger | $86.18 | $0.00 | $86.18 |
| Ravi Tren | $58.52 | $0.00 | $58.52 |
| Mao Yin | $133.43 | $0.00 | $133.43 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Rita Bun | $142.41 | $0.00 | $142.41 |
| Ry Chea | $64.11 | $0.00 | $64.11 |
| Mab Chin | $120.54 | $0.00 | $120.54 |
| Pouen Em | $83.75 | $0.00 | $83.75 |
| Manavy Hor | $1,116.48 | $0.00 | $1,116.48 |
| Ya Keo | $676.52 | $0.00 | $676.52 |
| Hak Leng | $72.80 | $0.00 | $72.80 |
| Veng Ly | $102.61 | $0.00 | $102.61 |
| Thon Moul | $353.18 | $0.00 | $353.18 |
| Sareth Ouk | $97.65 | $0.00 | $97.65 |
| Sophary Pom Seng | $247.30 | $0.00 | $247.30 |
| Phearak Rim | $999.75 | $0.00 | $999.75 |
| Sokuntheary Sary | $60.08 | $0.00 | $60.08 |
| Linna Sok | $204.95 | $0.00 | $204.95 |
| Seng Sophary | $412.98 | $0.00 | $412.98 |
| Sarath Thon | $68.24 | $0.00 | $68.24 |
| Panha Vun | $285.91 | $0.00 | $285.91 |
| Ravy Chan | $421.06 | $0.00 | $421.06 |
| Met Doung | $173.01 | $0.00 | $173.01 |
| Kolap Im | $419.86 | $0.00 | $419.86 |
| Chanthon Ly | $122.82 | $0.00 | $122.82 |
| Chhay Nun | $119.98 | $0.00 | $119.98 |
| Samantha Rath | $40.24 | $0.00 | $40.24 |
| Sarana Sin | $471.07 | $0.00 | $471.07 |
| Phirom Tang | $50.01 | $0.00 | $50.01 |
| Tylang Chheu | $124.53 | $0.00 | $124.53 |
| Solchea Kry | $152.46 | $0.00 | $152.46 |
| Leak Pav | $38.29 | $0.00 | $38.29 |
| Vath Solida | $69.83 | $0.00 | $69.83 |
| Leakhena Heng | $400.76 | $0.00 | $400.76 |
| Timothy Sam | $64.85 | $0.00 | $64.85 |

| | EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|---|
| | Sinath Men | $53.87 | $0.00 | $53.87 |
| | Max Tong | $121.05 | $0.00 | $121.05 |
| Date Due | 6/1/2023 | | | |
| | Paula Am | $23.77 | $0.04 | $23.81 |
| | Tony Am | $27.48 | $0.05 | $27.53 |
| | Bun Ath | $14.20 | $0.02 | $14.22 |
| | Sambath Ath | $34.52 | $0.06 | $34.58 |
| | Trina Ath | $82.35 | $0.14 | $82.49 |
| | Ven Borada | $131.51 | $0.22 | $131.73 |
| | Dary Bun | $10.42 | $0.02 | $10.44 |
| | Rita Bun | $21.26 | $0.04 | $21.30 |
| | Vong Bunthoeum | $19.11 | $0.03 | $19.14 |
| | Vanna By | $41.19 | $0.07 | $41.26 |
| | Rim Cer | $73.87 | $0.12 | $73.99 |
| | Chinda Chak | $22.18 | $0.04 | $22.22 |
| | Dany Chak | $13.40 | $0.02 | $13.42 |
| | Keav Chakrya | $10.59 | $0.02 | $10.61 |
| | Anna Chan | $13.35 | $0.02 | $13.37 |
| | Ravy Chan | $62.86 | $0.10 | $62.96 |
| | Thy Chan | $98.05 | $0.16 | $98.21 |
| | Tony Chan | $46.33 | $0.08 | $46.41 |
| | Ny Channy | $31.46 | $0.05 | $31.51 |
| | Nikki Chao | $14.50 | $0.02 | $14.52 |
| | Sam Che | $52.46 | $0.09 | $52.55 |
| | David Chea | $16.19 | $0.03 | $16.22 |
| | Mao Chea | $20.07 | $0.03 | $20.10 |
| | Ry Chea | $9.57 | $0.02 | $9.59 |
| | Socheat Chea | $58.05 | $0.10 | $58.15 |
| | Tommy Chea | $27.33 | $0.05 | $27.38 |
| | Nang Chen | $18.27 | $0.03 | $18.30 |
| | Linda Chhay | $19.05 | $0.03 | $19.08 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Sophon Chhay | $14.59 | $0.02 | $14.61 |
| Sothea Chhay | $59.37 | $0.10 | $59.47 |
| Nay Chheng | $44.48 | $0.07 | $44.55 |
| Tylang Chheu | $18.59 | $0.03 | $18.62 |
| Sarin Chhim | $8.10 | $0.01 | $8.11 |
| Linda Chhm | $6.42 | $0.01 | $6.43 |
| Phaly Chhoeun | $65.00 | $0.11 | $65.11 |
| Pisey Chhoung | $9.45 | $0.02 | $9.47 |
| Lyda Chhung | $23.60 | $0.04 | $23.64 |
| Sreyny Chhuon | $31.72 | $0.05 | $31.77 |
| Dora Chin | $7.08 | $0.01 | $7.09 |
| Mab Chin | $17.99 | $0.03 | $18.02 |
| Sina Chin | $7.55 | $0.01 | $7.56 |
| Esther Chonay Roche | $7.76 | $0.01 | $7.77 |
| Long Chrup | $6.53 | $0.01 | $6.54 |
| Daniel Chun | $5.79 | $0.01 | $5.80 |
| Alicia Cruz | $31.80 | $0.05 | $31.85 |
| Delia Cruz | $26.07 | $0.04 | $26.11 |
| Pheakdey Dey | $6.43 | $0.01 | $6.44 |
| Met Doung | $25.83 | $0.04 | $25.87 |
| Nancy Duong | $6.06 | $0.01 | $6.07 |
| Nuoi Ngoe (Ngoc) Duong | $63.48 | $0.11 | $63.59 |
| Sokon Duong | $5.72 | $0.01 | $5.73 |
| Miguel Duque | $55.93 | $0.09 | $56.02 |
| Kim Ean | $17.07 | $0.03 | $17.10 |
| Phan Eang | $11.25 | $0.02 | $11.27 |
| Jaylie Eim | $8.06 | $0.01 | $8.07 |
| Pouen Em | $12.50 | $0.02 | $12.52 |
| Sothearith Eng | $43.77 | $0.07 | $43.84 |
| Vanna Eng | $150.77 | $0.25 | $151.02 |
| Veasna Eng | $15.59 | $0.03 | $15.62 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Alba Fernandez | $16.02 | $0.03 | $16.05 |
| Koysovorn Hak | $8.46 | $0.01 | $8.47 |
| Klauk Hean | $111.77 | $0.19 | $111.96 |
| Chanthou Heng | $108.76 | $0.18 | $108.94 |
| Leakhena Heng | $59.83 | $0.10 | $59.93 |
| Ngorn Heu | $5.96 | $0.01 | $5.97 |
| Sophal Him | $6.98 | $0.01 | $6.99 |
| Sokhoeun Hin | $31.12 | $0.05 | $31.17 |
| Thay Hing | $52.77 | $0.09 | $52.86 |
| Mom Hoeurk | $12.66 | $0.02 | $12.68 |
| Phally Hom | $72.96 | $0.12 | $73.08 |
| Jamila Hong | $13.44 | $0.02 | $13.46 |
| Manavy Hor | $166.68 | $0.28 | $166.96 |
| Ngeth Hor | $7.55 | $0.01 | $7.56 |
| Bun Hour | $28.11 | $0.05 | $28.16 |
| Navy Hout | $185.81 | $0.31 | $186.12 |
| Chandy Huot | $151.96 | $0.25 | $152.21 |
| Anny Im | $181.39 | $0.30 | $181.69 |
| Apsar Im | $9.55 | $0.02 | $9.57 |
| Chanda Im | $14.20 | $0.02 | $14.22 |
| Kolap Im | $62.68 | $0.10 | $62.78 |
| Nimoul In | $12.68 | $0.02 | $12.70 |
| Samphy Ka | $13.41 | $0.02 | $13.43 |
| Thea Ken | $15.88 | $0.03 | $15.91 |
| Chan Keo | $10.19 | $0.02 | $10.21 |
| Chanicka Keo | $14.55 | $0.02 | $14.57 |
| Kim Keo | $55.11 | $0.09 | $55.20 |
| Ponlok Keo | $6.01 | $0.01 | $6.02 |
| Ya Keo | $101.00 | $0.17 | $101.17 |
| Chanthou Khanlem | $27.16 | $0.05 | $27.21 |
| Cham Khom | $27.01 | $0.05 | $27.06 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Suthy Khom | $6.35 | $0.01 | $6.36 |
| Jenny Kim | $26.70 | $0.04 | $26.74 |
| Hean Klauk | $55.84 | $0.09 | $55.93 |
| Emma Koy | $13.02 | $0.02 | $13.04 |
| Sovorn Koy | $40.37 | $0.07 | $40.44 |
| Solchea Kry | $22.76 | $0.04 | $22.80 |
| Choa Kuoch | $6.45 | $0.01 | $6.46 |
| Ratha La | $153.61 | $0.26 | $153.87 |
| Annie Lam | $69.85 | $0.12 | $69.97 |
| Sammy Lam | $16.05 | $0.03 | $16.08 |
| Teahoeu Lao | $5.78 | $0.01 | $5.79 |
| Muyyi Lay | $11.61 | $0.02 | $11.63 |
| An Om Leng | $57.60 | $0.10 | $57.70 |
| Hak Leng | $10.87 | $0.02 | $10.89 |
| Vannchai Leng | $32.34 | $0.05 | $32.39 |
| Cedric Leung | $6.62 | $0.01 | $6.63 |
| Ra Lim | $41.67 | $0.07 | $41.74 |
| Heng Limpo | $125.74 | $0.21 | $125.95 |
| Ha Lish | $12.04 | $0.02 | $12.06 |
| Lynna Loeung | $10.41 | $0.02 | $10.43 |
| Yun Lor | $7.88 | $0.01 | $7.89 |
| Chanthon Ly | $18.33 | $0.03 | $18.36 |
| Kim Ly | $238.20 | $0.40 | $238.60 |
| Mi Ly | $33.31 | $0.06 | $33.37 |
| Michael Ly | $83.49 | $0.14 | $83.63 |
| Mom Ly | $17.71 | $0.03 | $17.74 |
| Muy Ly | $9.56 | $0.02 | $9.58 |
| Souheath Ly | $89.01 | $0.15 | $89.16 |
| Melanie Ly T | $5.36 | $0.01 | $5.37 |
| Veng Ly | $15.32 | $0.03 | $15.35 |
| Sokha Mam | $96.61 | $0.16 | $96.77 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Nary Mao | $5.12 | $0.01 | $5.13 |
| Ann Marany | $103.30 | $0.17 | $103.47 |
| Genesis Martinez | $28.68 | $0.05 | $28.73 |
| Na May | $30.96 | $0.05 | $31.01 |
| Sid May | $18.37 | $0.03 | $18.40 |
| Donny Meas | $63.80 | $0.11 | $63.91 |
| Sinath Men | $8.04 | $0.01 | $8.05 |
| Lim Sey Meng | $5.13 | $0.01 | $5.14 |
| Ny Mey | $40.04 | $0.07 | $40.11 |
| Reaksmey Mey | $54.61 | $0.09 | $54.70 |
| Siv Mey | $138.12 | $0.23 | $138.35 |
| Ravith Mich | $5.60 | $0.01 | $5.61 |
| Saravuth Moeur | $102.34 | $0.17 | $102.51 |
| Angela Mom | $78.64 | $0.13 | $78.77 |
| Thon Moul | $52.72 | $0.09 | $52.81 |
| Sophie Moy | $15.23 | $0.03 | $15.26 |
| Sam Muth | $130.78 | $0.22 | $131.00 |
| Jen Nancy | $20.38 | $0.03 | $20.41 |
| Than Nguyen | $74.78 | $0.12 | $74.90 |
| Srey Noch | $71.35 | $0.12 | $71.47 |
| Nancy Nongsi | $200.29 | $0.33 | $200.62 |
| Noeurn Nop | $13.96 | $0.02 | $13.98 |
| Chhay Nun | $17.91 | $0.03 | $17.94 |
| Kangya Ok | $9.23 | $0.02 | $9.25 |
| Giovanni Manuel Ortega | $11.56 | $0.02 | $11.58 |
| Kunthea Mali Ou | $15.22 | $0.03 | $15.25 |
| Mali Ou | $50.01 | $0.08 | $50.09 |
| Sokuntheary Ou | $19.85 | $0.03 | $19.88 |
| Chorenay Ouk | $12.35 | $0.02 | $12.37 |
| Ly Ouk | $9.61 | $0.02 | $9.63 |
| Sareth Ouk | $14.58 | $0.02 | $14.60 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Chomroeun Oum | $33.57 | $0.06 | $33.63 |
| Jennifer Oun | $71.28 | $0.12 | $71.40 |
| Jim Oun | $44.47 | $0.07 | $44.54 |
| Srev Oun | $16.43 | $0.03 | $16.46 |
| Key Pan | $9.00 | $0.02 | $9.02 |
| Lim Pan | $20.29 | $0.03 | $20.32 |
| Vanny Pang | $7.21 | $0.01 | $7.22 |
| Leak Pav | $5.71 | $0.01 | $5.72 |
| Dalin Pen | $27.22 | $0.05 | $27.27 |
| Ana Perez | $86.13 | $0.14 | $86.27 |
| Susan Phat | $54.68 | $0.09 | $54.77 |
| Kathy Pho | $72.41 | $0.12 | $72.53 |
| Bunna Phol | $9.53 | $0.02 | $9.55 |
| Phon Phuong | $23.63 | $0.04 | $23.67 |
| Sophea Po | $100.76 | $0.17 | $100.93 |
| Sophary Pom Seng | $36.92 | $0.06 | $36.98 |
| Davonne Pommarath | $12.06 | $0.02 | $12.08 |
| Von Pongsa | $26.17 | $0.04 | $26.21 |
| Ethan Ponn | $22.95 | $0.04 | $22.99 |
| Mary Prom | $109.36 | $0.18 | $109.54 |
| Mike Prom | $11.63 | $0.02 | $11.65 |
| Vanny Prom | $21.17 | $0.04 | $21.21 |
| Kristine Rath | $6.00 | $0.01 | $6.01 |
| Samantha Rath | $6.01 | $0.01 | $6.02 |
| Seng Rath | $12.93 | $0.02 | $12.95 |
| Joey Rath Siv | $22.70 | $0.04 | $22.74 |
| Tren Ravi | $15.29 | $0.03 | $15.32 |
| Sok Re | $8.81 | $0.01 | $8.82 |
| Judy Ream | $84.92 | $0.14 | $85.06 |
| Johnny Ree | $152.37 | $0.25 | $152.62 |
| Rom Ret | $14.86 | $0.02 | $14.88 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Phearak Rim | $149.25 | $0.25 | $149.50 |
| Sreylin Rim | $63.69 | $0.11 | $63.80 |
| Pep Riya | $28.85 | $0.05 | $28.90 |
| Phana Ros | $5.08 | $0.01 | $5.09 |
| Samnang Ros | $89.04 | $0.15 | $89.19 |
| Try Sak | $39.74 | $0.07 | $39.81 |
| Saem Sam | $24.63 | $0.04 | $24.67 |
| Sokeang Sam | $14.13 | $0.02 | $14.15 |
| Timothy Sam | $9.68 | $0.02 | $9.70 |
| Leangsiv San | $9.73 | $0.02 | $9.75 |
| Lina San | $8.12 | $0.01 | $8.13 |
| Noy Sang | $6.41 | $0.01 | $6.42 |
| Chinnau Sann | $30.92 | $0.05 | $30.97 |
| Henry Sann | $9.47 | $0.02 | $9.49 |
| Ratha Sao | $13.72 | $0.02 | $13.74 |
| Ramy Saron | $6.02 | $0.01 | $6.03 |
| Sokuntheary Sary | $8.97 | $0.01 | $8.98 |
| Sokun Savy | $15.72 | $0.03 | $15.75 |
| Boran Seng | $142.02 | $0.24 | $142.26 |
| Kim Seng | $16.92 | $0.03 | $16.95 |
| Sophorn Seng | $5.26 | $0.01 | $5.27 |
| Kimheang Sien | $28.91 | $0.05 | $28.96 |
| Bun Sim | $15.55 | $0.03 | $15.58 |
| Donnie Sim | $7.67 | $0.01 | $7.68 |
| Sarana Sin | $70.32 | $0.12 | $70.44 |
| Khekthong Sinarong | $19.59 | $0.03 | $19.62 |
| Lang (Sivleng) Siv Youm | $161.29 | $0.27 | $161.56 |
| Reak Smey | $7.94 | $0.01 | $7.95 |
| Ponnary So | $195.53 | $0.33 | $195.86 |
| Chou Sok | $40.31 | $0.07 | $40.38 |
| Jay Sok | $6.11 | $0.01 | $6.12 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Kheng Sok | $13.57 | $0.02 | $13.59 |
| Linna Sok | $30.60 | $0.05 | $30.65 |
| Many Sok | $68.33 | $0.11 | $68.44 |
| Ngeth Sok | $20.24 | $0.03 | $20.27 |
| Pov Sok | $22.57 | $0.04 | $22.61 |
| Rina Sok | $19.06 | $0.03 | $19.09 |
| Sreyla Sok | $24.35 | $0.04 | $24.39 |
| Ty Sok | $21.82 | $0.04 | $21.86 |
| Sothy Sokhom | $5.54 | $0.01 | $5.55 |
| Vath Solida | $10.42 | $0.02 | $10.44 |
| Khmao Som | $7.48 | $0.01 | $7.49 |
| Sopheap Som | $27.95 | $0.05 | $28.00 |
| Kim Son | $10.31 | $0.02 | $10.33 |
| Lap Son | $25.95 | $0.04 | $25.99 |
| Leak Son | $82.42 | $0.14 | $82.56 |
| Nancy Son | $143.90 | $0.24 | $144.14 |
| Vanna Sonny | $39.45 | $0.07 | $39.52 |
| Seng Sophary | $61.65 | $0.10 | $61.75 |
| Mano Soun | $15.53 | $0.03 | $15.56 |
| Sokhom Soun | $142.79 | $0.24 | $143.03 |
| Yous Sovannak | $125.12 | $0.21 | $125.33 |
| Sreysa Suo | $6.52 | $0.01 | $6.53 |
| Sokhon Suos | $48.99 | $0.08 | $49.07 |
| Sokuntheary Sy | $6.15 | $0.01 | $6.16 |
| Dennis Tang | $11.72 | $0.02 | $11.74 |
| Phirom Tang | $7.46 | $0.01 | $7.47 |
| Candy Tea | $15.85 | $0.03 | $15.88 |
| Thida Tep | $37.33 | $0.06 | $37.39 |
| Kim Tha | $167.22 | $0.28 | $167.50 |
| Thi Tha | $25.15 | $0.04 | $25.19 |
| Seng Thay | $15.51 | $0.03 | $15.54 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Po Theang | $10.51 | $0.02 | $10.53 |
| Kong Theng | $52.03 | $0.09 | $52.12 |
| Sarath Thon | $10.19 | $0.02 | $10.21 |
| Nap Thun | $75.82 | $0.13 | $75.95 |
| Dowie Thy | $5.86 | $0.01 | $5.87 |
| Niccson Ti | $7.86 | $0.01 | $7.87 |
| Cheata Tiger | $12.87 | $0.02 | $12.89 |
| Mike Tim | $6.29 | $0.01 | $6.30 |
| Tom To | $12.48 | $0.02 | $12.50 |
| Samsok Toch | $81.93 | $0.14 | $82.07 |
| Max Tong | $18.07 | $0.03 | $18.10 |
| Rin Touch | $27.47 | $0.05 | $27.52 |
| Sairth Touel | $15.58 | $0.03 | $15.61 |
| Kimsean Tran | $18.13 | $0.03 | $18.16 |
| Ravi Tren | $8.74 | $0.01 | $8.75 |
| Vannak Try | $8.42 | $0.01 | $8.43 |
| Savang Voeung | $25.31 | $0.04 | $25.35 |
| Danny Vorn | $7.74 | $0.01 | $7.75 |
| Panha Vun | $42.68 | $0.07 | $42.75 |
| Chitavong Xayvasane | $28.40 | $0.05 | $28.45 |
| Dean Yim | $9.49 | $0.02 | $9.51 |
| Kathy Yin | $20.26 | $0.03 | $20.29 |
| Mao Yin | $19.92 | $0.03 | $19.95 |
| Vanna Yin | $9.45 | $0.02 | $9.47 |
| Cheath You | $144.59 | $0.21 | $144.80 |
| Lin Yuom | $6.14 | $0.00 | $6.14 |
| **Date Due** 7/1/2023 | | | |
| Paula Am | $23.79 | $0.02 | $23.81 |
| Tony Am | $27.50 | $0.02 | $27.52 |
| Bun Ath | $14.20 | $0.01 | $14.21 |
| Sambath Ath | $34.54 | $0.03 | $34.57 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Trina Ath | $82.39 | $0.07 | $82.46 |
| Ven Borada | $131.58 | $0.11 | $131.69 |
| Dary Bun | $10.43 | $0.01 | $10.44 |
| Rita Bun | $21.27 | $0.02 | $21.29 |
| Vong Bunthoeum | $19.13 | $0.02 | $19.15 |
| Vanna By | $41.21 | $0.03 | $41.24 |
| Rim Cer | $73.92 | $0.06 | $73.98 |
| Chinda Chak | $22.19 | $0.02 | $22.21 |
| Dany Chak | $13.40 | $0.01 | $13.41 |
| Keav Chakrya | $10.60 | $0.01 | $10.61 |
| Anna Chan | $13.36 | $0.01 | $13.37 |
| Ravy Chan | $62.90 | $0.05 | $62.95 |
| Thy Chan | $98.10 | $0.08 | $98.18 |
| Tony Chan | $46.36 | $0.04 | $46.40 |
| Ny Channy | $31.47 | $0.03 | $31.50 |
| Nikki Chao | $14.51 | $0.01 | $14.52 |
| Sam Che | $52.49 | $0.04 | $52.53 |
| David Chea | $16.19 | $0.01 | $16.20 |
| Mao Chea | $20.09 | $0.02 | $20.11 |
| Ry Chea | $9.58 | $0.01 | $9.59 |
| Socheat Chea | $58.08 | $0.05 | $58.13 |
| Tommy Chea | $27.35 | $0.02 | $27.37 |
| Nang Chen | $18.28 | $0.02 | $18.30 |
| Linda Chhay | $19.06 | $0.02 | $19.08 |
| Sophon Chhay | $14.59 | $0.01 | $14.60 |
| Sothea Chhay | $59.40 | $0.05 | $59.45 |
| Nay Chheng | $44.51 | $0.04 | $44.55 |
| Tylang Chheu | $18.60 | $0.02 | $18.62 |
| Sarin Chhim | $8.11 | $0.01 | $8.12 |
| Linda Chhm | $6.43 | $0.01 | $6.44 |
| Phaly Chhoeun | $65.03 | $0.05 | $65.08 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Pisey Chhoung | $9.45 | $0.01 | $9.46 |
| Lyda Chhung | $23.62 | $0.02 | $23.64 |
| Sreyny Chhuon | $31.74 | $0.03 | $31.77 |
| Dora Chin | $7.09 | $0.01 | $7.10 |
| Mab Chin | $18.01 | $0.02 | $18.03 |
| Sina Chin | $7.55 | $0.01 | $7.56 |
| Esther Chonay Roche | $7.76 | $0.01 | $7.77 |
| Long Chrup | $6.54 | $0.01 | $6.55 |
| Daniel Chun | $5.80 | $0.00 | $5.80 |
| Alicia Cruz | $31.81 | $0.03 | $31.84 |
| Delia Cruz | $26.08 | $0.02 | $26.10 |
| Pheakdey Dey | $6.44 | $0.01 | $6.45 |
| Met Doung | $25.84 | $0.02 | $25.86 |
| Nancy Duong | $6.07 | $0.01 | $6.08 |
| Nuoi Ngoe (Ngoc) Duong | $63.52 | $0.05 | $63.57 |
| Sokon Duong | $5.73 | $0.00 | $5.73 |
| Miguel Duque | $55.96 | $0.05 | $56.01 |
| Kim Ean | $17.08 | $0.01 | $17.09 |
| Phan Eang | $11.26 | $0.01 | $11.27 |
| Jaylie Eim | $8.06 | $0.01 | $8.07 |
| Pouen Em | $12.51 | $0.01 | $12.52 |
| Sothearith Eng | $43.79 | $0.04 | $43.83 |
| Vanna Eng | $150.86 | $0.13 | $150.99 |
| Veasna Eng | $15.60 | $0.01 | $15.61 |
| Alba Fernandez | $16.02 | $0.01 | $16.03 |
| Koysovorn Hak | $8.46 | $0.01 | $8.47 |
| Klauk Hean | $111.84 | $0.09 | $111.93 |
| Chanthou Heng | $108.83 | $0.09 | $108.92 |
| Leakhena Heng | $59.87 | $0.05 | $59.92 |
| Ngorn Heu | $5.96 | $0.00 | $5.96 |
| Sophal Him | $6.99 | $0.01 | $7.00 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Sokhoeun Hin | $31.14 | $0.03 | $31.17 |
| Thay Hing | $52.81 | $0.04 | $52.85 |
| Mom Hoeurk | $12.66 | $0.01 | $12.67 |
| Phally Hom | $73.01 | $0.06 | $73.07 |
| Jamila Hong | $13.45 | $0.01 | $13.46 |
| Manavy Hor | $166.78 | $0.14 | $166.92 |
| Ngeth Hor | $7.55 | $0.01 | $7.56 |
| Bun Hour | $28.12 | $0.02 | $28.14 |
| Navy Hout | $185.91 | $0.15 | $186.06 |
| Chandy Huot | $152.04 | $0.13 | $152.17 |
| Anny Im | $181.50 | $0.15 | $181.65 |
| Apsar Im | $9.55 | $0.01 | $9.56 |
| Chanda Im | $14.20 | $0.01 | $14.21 |
| Kolap Im | $62.72 | $0.05 | $62.77 |
| Nimoul In | $12.68 | $0.01 | $12.69 |
| Samphy Ka | $13.41 | $0.01 | $13.42 |
| Thea Ken | $15.88 | $0.01 | $15.89 |
| Chan Keo | $10.19 | $0.01 | $10.20 |
| Chanicka Keo | $14.55 | $0.01 | $14.56 |
| Kim Keo | $55.14 | $0.05 | $55.19 |
| Ponlok Keo | $6.01 | $0.01 | $6.02 |
| Ya Keo | $101.06 | $0.08 | $101.14 |
| Chanthou Khanlem | $27.18 | $0.02 | $27.20 |
| Cham Khom | $27.02 | $0.02 | $27.04 |
| Suthy Khom | $6.36 | $0.01 | $6.37 |
| Jenny Kim | $26.71 | $0.02 | $26.73 |
| Hean Klauk | $55.88 | $0.05 | $55.93 |
| Emma Koy | $13.03 | $0.01 | $13.04 |
| Sovorn Koy | $40.39 | $0.03 | $40.42 |
| Solchea Kry | $22.78 | $0.02 | $22.80 |
| Choa Kuoch | $6.46 | $0.01 | $6.47 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Ratha La | $153.69 | $0.13 | $153.82 |
| Annie Lam | $69.90 | $0.06 | $69.96 |
| Sammy Lam | $16.06 | $0.01 | $16.07 |
| Teahoeu Lao | $5.78 | $0.00 | $5.78 |
| Muyyi Lay | $11.61 | $0.01 | $11.62 |
| An Om Leng | $57.64 | $0.05 | $57.69 |
| Hak Leng | $10.87 | $0.01 | $10.88 |
| Vannchai Leng | $32.35 | $0.03 | $32.38 |
| Cedric Leung | $6.62 | $0.01 | $6.63 |
| Ra Lim | $41.70 | $0.03 | $41.73 |
| Heng Limpo | $125.81 | $0.10 | $125.91 |
| Ha Lish | $12.05 | $0.01 | $12.06 |
| Lynna Loeung | $10.41 | $0.01 | $10.42 |
| Yun Lor | $7.89 | $0.01 | $7.90 |
| Chanthon Ly | $18.35 | $0.02 | $18.37 |
| Kim Ly | $238.33 | $0.20 | $238.53 |
| Mi Ly | $33.32 | $0.03 | $33.35 |
| Michael Ly | $83.53 | $0.07 | $83.60 |
| Mom Ly | $17.73 | $0.01 | $17.74 |
| Muy Ly | $9.56 | $0.01 | $9.57 |
| Souheath Ly | $89.06 | $0.07 | $89.13 |
| Melanie Ly T | $5.37 | $0.00 | $5.37 |
| Veng Ly | $15.33 | $0.01 | $15.34 |
| Sokha Mam | $96.66 | $0.08 | $96.74 |
| Nary Mao | $5.13 | $0.00 | $5.13 |
| Ann Marany | $103.36 | $0.09 | $103.45 |
| Genesis Martinez | $28.69 | $0.02 | $28.71 |
| Na May | $30.98 | $0.03 | $31.01 |
| Sid May | $18.39 | $0.02 | $18.41 |
| Donny Meas | $63.84 | $0.05 | $63.89 |
| Sinath Men | $8.05 | $0.01 | $8.06 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Lim Sey Meng | $5.13 | $0.00 | $5.13 |
| Ny Mey | $40.06 | $0.03 | $40.09 |
| Reaksmey Mey | $54.64 | $0.05 | $54.69 |
| Siv Mey | $138.19 | $0.12 | $138.31 |
| Ravith Mich | $5.60 | $0.00 | $5.60 |
| Saravuth Moeur | $102.40 | $0.09 | $102.49 |
| Angela Mom | $78.68 | $0.07 | $78.75 |
| Thon Moul | $52.76 | $0.04 | $52.80 |
| Sophie Moy | $15.23 | $0.01 | $15.24 |
| Sam Muth | $130.85 | $0.11 | $130.96 |
| Jen Nancy | $20.40 | $0.02 | $20.42 |
| Than Nguyen | $74.82 | $0.06 | $74.88 |
| Srey Noch | $71.39 | $0.06 | $71.45 |
| Nancy Nongsi | $200.40 | $0.17 | $200.57 |
| Noeurn Nop | $13.97 | $0.01 | $13.98 |
| Chhay Nun | $17.93 | $0.01 | $17.94 |
| Kangya Ok | $9.23 | $0.01 | $9.24 |
| Giovanni Manuel Ortega | $11.56 | $0.01 | $11.57 |
| Kunthea Mali Ou | $15.22 | $0.01 | $15.23 |
| Mali Ou | $50.03 | $0.04 | $50.07 |
| Sokuntheary Ou | $19.86 | $0.02 | $19.88 |
| Chorenay Ouk | $12.36 | $0.01 | $12.37 |
| Ly Ouk | $9.62 | $0.01 | $9.63 |
| Sareth Ouk | $14.59 | $0.01 | $14.60 |
| Chomroeun Oum | $33.59 | $0.03 | $33.62 |
| Jennifer Oun | $71.33 | $0.06 | $71.39 |
| Jim Oun | $44.49 | $0.04 | $44.53 |
| Srev Oun | $16.44 | $0.01 | $16.45 |
| Key Pan | $9.01 | $0.01 | $9.02 |
| Lim Pan | $20.31 | $0.02 | $20.33 |
| Vanny Pang | $7.22 | $0.01 | $7.23 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Leak Pav | $5.72 | $0.00 | $5.72 |
| Dalin Pen | $27.24 | $0.02 | $27.26 |
| Ana Perez | $86.18 | $0.07 | $86.25 |
| Susan Phat | $54.71 | $0.05 | $54.76 |
| Kathy Pho | $72.45 | $0.06 | $72.51 |
| Bunna Phol | $9.54 | $0.01 | $9.55 |
| Phon Phuong | $23.64 | $0.02 | $23.66 |
| Sophea Po | $100.81 | $0.08 | $100.89 |
| Sophary Pom Seng | $36.94 | $0.03 | $36.97 |
| Davonne Pommarath | $12.07 | $0.01 | $12.08 |
| Von Pongsa | $26.18 | $0.02 | $26.20 |
| Ethan Ponn | $22.97 | $0.02 | $22.99 |
| Mary Prom | $109.43 | $0.09 | $109.52 |
| Mike Prom | $11.63 | $0.01 | $11.64 |
| Vanny Prom | $21.18 | $0.02 | $21.20 |
| Kristine Rath | $6.00 | $0.01 | $6.01 |
| Samantha Rath | $6.01 | $0.01 | $6.02 |
| Seng Rath | $12.93 | $0.01 | $12.94 |
| Joey Rath Siv | $22.72 | $0.02 | $22.74 |
| Tren Ravi | $15.30 | $0.01 | $15.31 |
| Sok Re | $8.82 | $0.01 | $8.83 |
| Judy Ream | $84.96 | $0.07 | $85.03 |
| Johnny Ree | $152.46 | $0.13 | $152.59 |
| Rom Ret | $14.87 | $0.01 | $14.88 |
| Phearak Rim | $149.34 | $0.12 | $149.46 |
| Sreylin Rim | $63.73 | $0.05 | $63.78 |
| Pep Riya | $28.86 | $0.02 | $28.88 |
| Phana Ros | $5.09 | $0.00 | $5.09 |
| Samnang Ros | $89.09 | $0.07 | $89.16 |
| Try Sak | $39.77 | $0.03 | $39.80 |
| Saem Sam | $24.65 | $0.02 | $24.67 |

| EE Name /<br>3rd Party | Principal | Interest | Total<br>Payment |
|---|---|---|---|
| Sokeang Sam | $14.14 | $0.01 | $14.15 |
| Timothy Sam | $9.69 | $0.01 | $9.70 |
| Leangsiv San | $9.74 | $0.01 | $9.75 |
| Lina San | $8.13 | $0.01 | $8.14 |
| Noy Sang | $6.42 | $0.01 | $6.43 |
| Chinnau Sann | $30.94 | $0.03 | $30.97 |
| Henry Sann | $9.47 | $0.01 | $9.48 |
| Ratha Sao | $13.73 | $0.01 | $13.74 |
| Ramy Saron | $6.02 | $0.01 | $6.03 |
| Sokuntheary Sary | $8.97 | $0.01 | $8.98 |
| Sokun Savy | $15.72 | $0.01 | $15.73 |
| Boran Seng | $142.11 | $0.12 | $142.23 |
| Kim Seng | $16.93 | $0.01 | $16.94 |
| Sophorn Seng | $5.27 | $0.00 | $5.27 |
| Kimheang Sien | $28.92 | $0.02 | $28.94 |
| Bun Sim | $15.56 | $0.01 | $15.57 |
| Donnie Sim | $7.67 | $0.01 | $7.68 |
| Sarana Sin | $70.37 | $0.06 | $70.43 |
| Khekthong Sinarong | $19.61 | $0.02 | $19.63 |
| Lang (Sivleng) Siv Youm | $161.39 | $0.13 | $161.52 |
| Reak Smey | $7.95 | $0.01 | $7.96 |
| Ponnary So | $195.65 | $0.16 | $195.81 |
| Chou Sok | $40.33 | $0.03 | $40.36 |
| Jay Sok | $6.12 | $0.01 | $6.13 |
| Kheng Sok | $13.57 | $0.01 | $13.58 |
| Linna Sok | $30.61 | $0.03 | $30.64 |
| Many Sok | $68.37 | $0.06 | $68.43 |
| Ngeth Sok | $20.25 | $0.02 | $20.27 |
| Pov Sok | $22.58 | $0.02 | $22.60 |
| Rina Sok | $19.07 | $0.02 | $19.09 |
| Sreyla Sok | $24.36 | $0.02 | $24.38 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Ty Sok | $21.83 | $0.02 | $21.85 |
| Sothy Sokhom | $5.55 | $0.00 | $5.55 |
| Vath Solida | $10.43 | $0.01 | $10.44 |
| Khmao Som | $7.48 | $0.01 | $7.49 |
| Sopheap Som | $27.96 | $0.02 | $27.98 |
| Kim Son | $10.31 | $0.01 | $10.32 |
| Lap Son | $25.96 | $0.02 | $25.98 |
| Leak Son | $82.47 | $0.07 | $82.54 |
| Nancy Son | $143.98 | $0.12 | $144.10 |
| Vanna Sonny | $39.48 | $0.03 | $39.51 |
| Seng Sophary | $61.69 | $0.05 | $61.74 |
| Mano Soun | $15.54 | $0.01 | $15.55 |
| Sokhom Soun | $142.87 | $0.12 | $142.99 |
| Yous Sovannak | $125.20 | $0.10 | $125.30 |
| Sreysa Suo | $6.52 | $0.01 | $6.53 |
| Sokhon Suos | $49.01 | $0.04 | $49.05 |
| Sokuntheary Sy | $6.16 | $0.01 | $6.17 |
| Dennis Tang | $11.72 | $0.01 | $11.73 |
| Phirom Tang | $7.47 | $0.01 | $7.48 |
| Candy Tea | $15.86 | $0.01 | $15.87 |
| Thida Tep | $37.35 | $0.03 | $37.38 |
| Kim Tha | $167.31 | $0.14 | $167.45 |
| Thi Tha | $25.16 | $0.02 | $25.18 |
| Seng Thay | $15.51 | $0.01 | $15.52 |
| Po Theang | $10.51 | $0.01 | $10.52 |
| Kong Theng | $52.06 | $0.04 | $52.10 |
| Sarath Thon | $10.19 | $0.01 | $10.20 |
| Nap Thun | $75.86 | $0.06 | $75.92 |
| Dowie Thy | $5.86 | $0.00 | $5.86 |
| Niccson Ti | $7.87 | $0.01 | $7.88 |
| Cheata Tiger | $12.87 | $0.01 | $12.88 |

| EE Name / 3rd Party | Principal | Interest | Total Payment |
|---|---|---|---|
| Mike Tim | $6.30 | $0.01 | $6.31 |
| Tom To | $12.48 | $0.01 | $12.49 |
| Samsok Toch | $81.98 | $0.07 | $82.05 |
| Max Tong | $18.08 | $0.02 | $18.10 |
| Rin Touch | $27.48 | $0.02 | $27.50 |
| Sairth Touel | $15.59 | $0.01 | $15.60 |
| Kimsean Tran | $18.14 | $0.02 | $18.16 |
| Ravi Tren | $8.74 | $0.01 | $8.75 |
| Vannak Try | $8.42 | $0.01 | $8.43 |
| Savang Voeung | $25.33 | $0.02 | $25.35 |
| Danny Vorn | $7.75 | $0.01 | $7.76 |
| Panha Vun | $42.71 | $0.04 | $42.75 |
| Chitavong Xayvasane | $28.42 | $0.02 | $28.44 |
| Dean Yim | $9.50 | $0.01 | $9.51 |
| Kathy Yin | $20.28 | $0.02 | $20.30 |
| Mao Yin | $19.93 | $0.02 | $19.95 |
| Vanna Yin | $9.45 | $0.01 | $9.46 |
| Cheath You | $144.67 | $0.06 | $144.73 |
| Lin Yuom | $8.86 | $0.00 | $8.86 |
| | $91,579.96 | $26.33 | $91,606.29 |